U.S. DISTRICT COURT JUDGE THOMAS S. ZILLY
U.S. MAGISTRATE JUDGE MARY ALICE THEILER

UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SALLY JO JOHNSON,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

No. C10-1469-TSZ-MAT

[~~PROPOSED~~] ORDER RE EXTENSION OF TIME ON BRIEFING SCHEDULE

### ORDER

Based on the stipulation of the parties, it is hereby ORDERED that the briefing schedule be amended as follows:

Plaintiff's Initial Brief:    March 30, 2011

Defendant's Responsive Brief:    April 27, 2011

Plaintiff's Reply Brief:    May 11, 2011

DATED this 3rd day of March, 2011.

*/s/ Mary Alice Theiler*
Mary Alice Theiler
United States Magistrate Judge

[~~PROPOSED~~] ORDER RE EXTENSION OF TIME
ON BRIEFING SCHEDULE - 1

**STEVEN M. ROBEY, P.S.**
1414 F Street
Bellingham, WA 98225
Phone: (360) 676-2548
Fax: (360) 647-7838

Presented by:

s/ David A. Namba
David A. Namba, WSBA# 29347
Attorney for Plaintiff
1414 F Street
Bellingham, WA 98225
Telephone: 360.676.2548
Fax: 360.647.7838
E-mail: robey@nas.com

[PROPOSED] ORDER RE EXTENSION OF TIME
ON BRIEFING SCHEDULE - 2