U.S. DISTRICT COURT JUDGE THOMAS S. ZILLY
U.S. MAGISTRATE JUDGE MARY ALICE THEILER

UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| SALLY JO JOHNSON, | ) | No. C10-1469-TSZ-MAT |
| Plaintiff, | ) | |
| | ) | [~~PROPOSED~~] ORDER RE |
| v. | ) | EXTENSION OF TIME ON |
| | ) | BRIEFING SCHEDULE |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## ORDER

Based on the stipulation of the parties, it is hereby ORDERED that the briefing schedule be amended as follows:

Plaintiff's Initial Brief:              April 1, 2011

Defendant's Responsive Brief:          April 29, 2011

Plaintiff's Reply Brief:               May 13, 2011

DATED this 31st day of March, 2011.

_____
Mary Alice Theiler
United States Magistrate Judge

[~~PROPOSED~~] ORDER RE EXTENSION OF TIME
ON BRIEFING SCHEDULE - 1

1

Presented by:

2

s/ David A. Namba
David A. Namba, WSBA# 29347
Attorney for Plaintiff
1414 F Street
Bellingham, WA 98225
Telephone: 360.676.2548
Fax: 360.647.7838
E-mail: robey@nas.com

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

[PROPOSED] ORDER RE EXTENSION OF TIME
ON BRIEFING SCHEDULE - 2

**STEVEN M. ROBEY, P.S.**
1414 F Street
Bellingham, WA 98225
Phone: (360) 676-2548
Fax: (360) 647-7838