UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SALLY JO JOHNSON, ) | |
| ) | CASE NO. C10-1469-TSZ |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER OF REMAND |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Having reviewed the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler, docket no. 20, to which no objections have been filed, the Court ORDERS:

(1) The Report and Recommendation is ADOPTED;

(2) This matter is REMANDED for further administrative proceedings; and

(3) The Clerk shall send copies of this Order to all counsel and to Magistrate Judge Theiler.

DATED this 2nd day of September, 2011.

_____
Thomas S. Zilly
United States District Judge

ORDER OF REMAND
PAGE -1